IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARK BUILDERS CORP., | : |
| Plaintiff, | : |
| v. | : 3:14-CV-01551 |
| | : (JUDGE MARIANI) |
| MINERSVILLE AREA SCHOOL DISTRICT, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 15TH DAY OF OCTOBER, 2015**, upon consideration of Defendants' Motion to Dismiss (Doc. 23) and all accompanying briefs, **IT IS HEREBY ORDERED THAT** Defendants' motion is **GRANTED**; to wit, Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

Robert D. Mariani
United States District Judge