IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARK BUILDERS CORP.,** | : |
| **Plaintiff,** | : |
| v. | : 3:14-CV-01551 |
| | : (JUDGE MARIANI) |
| **MINERSVILLE AREA SCHOOL DISTRICT, et al.,** | : |
| **Defendants.** | : |

## ORDER

The background of this Order is as follows.

Defendants in the above-captioned matter filed a Motion to Dismiss Based on *Forum Non Conveniens* (Doc. 23) on November 4, 2014. That same day, Defendants also filed two counterclaims against Plaintiff: breach of contract (Count I); and Indemnification (Count II). (*See* Defendants' Answer, Affirmative Defenses, and Counterclaim, Doc. 24).

On October 13, 2015, Plaintiff's Counsel, Cohen Seglias Pallas Greenhall & Furman, P.C., filed a Motion for Leave to Withdraw as Counsel (Doc. 55), citing lack of payment and irreconcilable differences. On October 14, 2015, Plaintiff, via Plaintiff's Counsel, filed a Motion for Enlargement of Time to Submit Expert Witness Supplementation(s) (Doc. 57).

By Memorandum (Doc. 58) and Order (Doc. 59), this Court granted Defendants' Motion to Dismiss (Doc. 23) on October 15, 2015, dismissing the Plaintiff's Complaint (Doc. 1) with prejudice.

**ACCORDINGLY, THIS 15TH DAY OF OCTOBER, 2015, IT IS HEREBY ORDERED THAT**:

1. Motion of Plaintiff's Counsel (Doc. 55) is **DISMISSED AS MOOT**.

2. Plaintiff's Motion for an Enlargement of Time (Doc. 57) is **DISMISSED AS MOOT**.

3. Pursuant to 28 U.S.C. § 1367(c), the Court declines to exercise supplemental jurisdiction over Defendants' state law counterclaims. Defendants' Counterclaims (Doc. 24) are **DISMISSED**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge